AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| United States of America | ) |
|---|---|
| v. | ) |
| [1] DANIEL XIOCHEN LI<br>[2] ANGIE CHEN LIU | ) Case No. 24-373(M) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 17, 2024** in the county of _____ in the _____ District of **Puerto Rico**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 49 U.S.C. § 46503 | Interference with security screening personnel |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA Corinne Cordero-Romo

*CCR*

_____
*Complainant's signature*

Ariel Leonardo, SA FBI
*Printed name and title*

Sworn in accordance with the requirement of Fed. R. Crim. P. 4.1 by telephone at 2:50 p.m. on

Date: 4/18/2024

_____
*Judge's signature*

City and state: San Juan, PR

Hon. Giselle Lopez-Soler, U.S. Magistrate Judge
*Printed name and title*